Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

```
___ FILED           ___ RECEIVED
___ ENTERED         ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

           JAN 14 2011

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN M. LIBKE, DDS, Borrower,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, Lender,<br><br>Defendant. | CASE 3:10-cv-00059-RCJ-VPC<br><br>**ORDER GRANTING WELLS FARGO BANK, N.A.'S MOTION TO DISMISS AND RELEASE OF LIS PENDENS** |

Before the Court is Defendants' WELLS FARGO BANK, N.A., incorrectly named as Wells Fargo Home Mortgage ("Wells Fargo") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") (Docket #13). On April 2, 2010, Plaintiff filed a response (Docket #19) to the Motion. On April 12, 2010, Wells Fargo filed a reply (Docket #20) and the matter was fully briefed.

A hearing was conducted on October 18, 2010. Plaintiff failed to appear for the hearing.

///

///

12146080.1

1    WHEREAS the Court, having duly considered the Motion and all pleadings and papers
2    on file herein, and good cause appearing;
3    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss,
4    Plaintiff's First Amended Complaint filed by Defendant Wells Fargo is **GRANTED.**
5    IT IS FURTHER ORDERED that the Notice of Pendency of Action recorded by Plaintiff
6    against the real property described as 1720 Hunter Creek Road, Reno, Nevada APN # 214-193-
7    06, and recorded with the Washoe County Recorder on March 8, 2010 as document number
8    3857079 is hereby expunged and **RELEASED IN FULL.**

DATED this 14th day of January, 2011.

_____
DISTRICT COURT JUDGE

SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _Danielle Mathey_
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Danielle M. Mathey, Esq.
Nevada Bar No. 12037
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant WELLS FARGO BANK, N.A.*

12146080.1